MERRILL, Justice.

The Court of Appeals did not write an opinion in this case, but affirmed it on the authority of the Martin case. Since we reversed the judgment in that case, it follows that the judgment in the instant case must be reversed and the cause remanded. Coosa Valley Telephone Co. v. Martin, Ala., 133 So.2d 505.

Reversed and remanded.

All the Justices concur.

133 So.2d 703

James Albert DAVIS

v.

CITY OF BIRMINGHAM.

6 Div. 761.

Supreme Court of Alabama.

Sept. 14, 1961.

Rehearing Denied Nov. 2, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

GOODWYN, Justice.

Petition of James Albert Davis for certiorari to the Court of Appeals to review and revise the judgment and decision in Davis v. City of Birmingham, 133 So.2d 703.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

133 So.2d 44

Buck DORTCH

v.

STATE.

2 Div. 427.

Supreme Court of Alabama.

Sept. 14, 1961.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

Lee B. Williams, Grove Hill, opposed.

COLEMAN, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Dortch v. State, 133 So.2d 43.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.

130 So.2d 21

Ex parte Homer D. ELLIS.

7 Div. 544.

Supreme Court of Alabama.

May 11, 1961.

Homer D. Ellis, pro se.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., for the State.

LIVINGSTON, Chief Justice.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.